and remanded with directions. Opinion filed April 12, 1920. McSurely, P. J., dissenting.

E. G. Lancaster, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Board of Education of the City of Chicago for use of Isidor Weil and Benjamin Weil, trading as Weil Brothers, appellee, v. Chicago Bonding & Surety Company, appellant. Gen. No. 25,117.

Action on a contractor's bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed April 12, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Culver, Andrews, King & Stitt, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Board of Education of the City of Chicago for use of Isidor Weil and Benjamin Weil, trading as Weil Brothers, appellee, v. Chicago Bonding & Surety Company, appellant. Gen. No. 25,118.

Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the March term, 1919. Affirmed on opinion in Gen. No. 25,117, ante. Opinion filed April 12, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Culver, Andrews, King & Stitt, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Board of Education of the City of Chicago for use of Scully Steel & Iron Company, appellee, v. Chicago Bonding & Surety Company, appellant. Gen. No. 25,665.

Action on an indemnity bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Knapp & Campbell, for appellee; Frank T. Winslow, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Board of Education of the City of Chicago for use of Garden City Fan Company, appellee, v. Chicago Bonding & Surety Company, appellant. Gen. No. 25,666.

Action on a contractor's bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Stoll & Shepherd, for appellee.

Mr. Justice Holdom delivered the opinion of the court.